IN THE UNITED STATES DISTRICT COURT FOR
THE MIDDLE DISTRICT OF FLORIDA

CASE NO. 6:23-CV-00189-WWB-LHP

**LESLIE FERDERIGOS**,

Plaintiff,

v.

**THE FLORIDA BAR and**

**FLORIDA SUPREME COURT**,

Defendants.

## NOTICE OF CHANGE IN EMAIL DESIGNATION

Leslie Ferderigos notifies this Court of her change in email to

leslieannferderigos@gmail.com.

Respectfully submitted on April 10, 2023.

/s/Leslie Ferderigos
Pro Se Litigant
10454 Birch Tree Lane
Windermere, FL 34786
407-371-7855
leslieannferderigos@gmail.com

## CERTIFICATE OF SERVICE

1

I HEREBY CERTIFY that a true and correct copy of the foregoing has been furnished on April 10, 2023, via the Court's CM/ECF system to counsel of record who have appeared in this case and Defendants.

/s/ Leslie Ferderigos

Plaintiff/Pro Se Litigant

2