# United States District Court
## Middle District Of Florida
### Orlando Division

LESLIE FERDERIGOS,

       Plaintiff,

v.                                      Case No:   6:23-cv-189-WWB-LHP

THE FLORIDA BAR and FLORIDA
SUPREME COURT,

       Defendants

_____

### Order

      This cause came on for consideration without oral argument on the following motions filed herein:

| |
|---|
| **MOTION:**   **THE FLORIDA SUPREME COURT'S MOTION FOR PROTECTIVE ORDER AND MOTION TO STAY DISCOVERY AND ALL RULE 26 OBLIGATIONS AND INCORPORATED MEMORANDUM OF LAW (Doc. No. 30)** |
| **FILED:**     **April 10, 2023** |
| **THEREON** it is **ORDERED** that the motion is **GRANTED**. |

| |
|---|
| **MOTION:**   **UNOPPOSED MOTION BY THE FLORIDA BAR TO STAY DISCOVERY AND CASE MANAGEMENT** |

**DEADLINES AND INCORPORATED MEMORANDUM OF LAW (Doc. No. 31)**

**FILED:**      **April 10, 2023**

**THEREON** it is **ORDERED** that the motion is **GRANTED**.

By the above-styled motions, Defendants both move for a stay of initial case deadlines and discovery pending the outcome of their motions to dismiss. Doc. Nos. 30–31. Plaintiff does not oppose. *See id. See also* Doc. No. 32. Upon consideration, the Court finds the requests well taken. *See Panola Land Buyers Ass'n v. Shuman*, 762 F.2d 1550, 1560 (11th Cir. 1985) ("[A] magistrate has broad discretion to stay discovery pending decision on a dispositive motion."). *See also McClamma v. Remon*, No. 8:12-cv-2557-T-33MAP, 2013 WL 1502190, at *2 (M.D. Fla. Apr. 12, 2013) (granting stay of discovery pending resolution of motion to dismiss that raised threshold questions of immunity).

Accordingly, Defendants' Motions (Doc. Nos. 30–31) are **GRANTED**, and it is **ORDERED** that the requirements that the parties conduct a case management conference, file a case management report, or conduct discovery are hereby **STAYED** pending the Court's ruling on Defendants' Motions to Dismiss (Doc. Nos. 19, 28). If appropriate, the parties shall file a case management report no later than **fourteen (14) days** after entry of an Order on the Motions to Dismiss.

**DONE** and **ORDERED** in Orlando, Florida on April 13, 2023.

LESLIE HOFFMAN PRICE
UNITED STATES MAGISTRATE JUDGE

Copies furnished to:

Counsel of Record
Unrepresented Parties

- 3 -