UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

LESLIE FERDERIGOS,

        Plaintiff,

v.                                        Case No.: 6:23-cv-189-WWB-LHP

THE FLORIDA BAR and FLORIDA
SUPREME COURT,

        Defendants.
_____/

## ORDER

THIS CAUSE is before the Court on Defendants' Motions to Dismiss (Doc. Nos. 19, 28), and Plaintiff's Response to the Florida Bar's Motion (Doc. 23). The parties also filed responses (Doc. Nos. 40, 44, 45) to United States Magistrate Judge Leslie Hoffman Price's Order to Show Cause (Doc. 37) why the matter should not be dismissed for lack of subject matter jurisdiction. Thereafter, Judge Hoffman Price issued a Report and Recommendation (Doc. 46), in which she recommends that the Motions be granted in part. (*Id.* at 7).

After an independent de novo review of the record, and noting no timely or authorized objections were filed, the Court agrees entirely with the analysis set forth in the Report and Recommendation.

In accordance with the foregoing, it is **ORDERED** and **ADJUDGED** as follows:

1. The Report and Recommendation (Doc. 46) is **ADOPTED** and **CONFIRMED** and made a part of this Order.

2. Defendants' Motions to Dismiss (Doc. Nos. 19, 28) are **GRANTED in part**. The Second Amended Complaint (Doc. 10) is **DISMISSED without prejudice**. The Motions are **DENIED** in all other respects.

3. All pending motions are **DENIED as moot**.

4. Edwin Rosenberg's Objection (Doc. 53) to the Endorsed Order (Doc. 52) striking his filings is **OVERRULED**. Contrary to his Objection, Magistrate Judge Hoffman Price did not issue a ruling on his motion to intervene.

5. The Clerk is directed to close this case.

**DONE AND ORDERED** in Orlando, Florida on August 21, 2023.

_____
WENDY W. BERGER
UNITED STATES DISTRICT JUDGE

Copies furnished to:

Counsel of Record
Unrepresented Party