**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**ORLANDO DIVISION**

LESLIE FERDERIGOS,

    Plaintiff,

v.                                                  Case No:   6:23-cv-189-WWB-LHP

THE FLORIDA BAR and FLORIDA
SUPREME COURT,

    Defendants

---

## ORDER

Before the Court are four motions for permissive intervention, filed *pro se* by non-parties Robert Sarhan, Skender Hoti, Eliot Ivan Bernstein (Mr. Bernstein appears to have filed two motions, one signed, one not).  Doc. Nos. 62–65.  Upon review, each of the motions (Doc. Nos. 62–65) are **DENIED without prejudice**. First, three of the motions are unsigned.  Doc. Nos. 62–63, 65.  Second, none of the motions comply with Local Rule 3.01(g).  Third, this case has been closed, and none of the motions explain (or provide legal authority establishing) that permissive intervention would be appropriate under these circumstances.

**DONE** and **ORDERED** in Orlando, Florida on September 26, 2023.

*[Signature]*

LESLIE HOFFMAN PRICE
UNITED STATES MAGISTRATE JUDGE

Copies furnished to:

Counsel of Record
Unrepresented Parties