**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**ORLANDO DIVISION**

LESLIE FERDERIGOS,

       Plaintiff,

v.   Case No:   6:23-cv-189-WWB-LHP

THE FLORIDA BAR and FLORIDA
SUPREME COURT,

       Defendants

---

## ORDER

This cause came on for consideration without oral argument on the following motion filed herein:

> **MOTION:** MEMBER OF THE PUBLIC, MOTION FOR PERMISSIVE INTERVENTION PURSUANT TO RULE 24(B) AND, IF GRANTED, MOVES FOR PERMISSION TO E-FILE (Doc. No. 84)
>
> **FILED:** October 4, 2023
>
> ---
>
> **THEREON** it is **ORDERED** that the motion is **DENIED without prejudice**.

The above-styled motion fails to comply with the spacing requirements set forth in Local Rule 1.08, as well as the presiding District Judge's requirements for

typography.  *See In re: Local Rule Amendments*, No. 6:21-mc-3-Orl-WWB, Doc. No. 1 (M.D. Fla. Jan. 13, 2021), *available at* https://www.flmd.uscourts.gov/standing-order-judge-berger-revised-local-rules.  In addition, the movant has failed to supplement the motion as required by Local Rule 3.01(g).  *See* Local Rule 3.01(g)(3) (providing that if the opposing party is unavailable for a conference prior to filing a motion, the movant must diligently attempt contact for three days, and upon contact or expiration of the three-day period, the movant must file a supplement to the motion, and that failure to supplement can result in the denial of a motion without prejudice).

    **DONE** and **ORDERED** in Orlando, Florida on October 13, 2023.

*[signature]*

LESLIE HOFFMAN PRICE
UNITED STATES MAGISTRATE JUDGE

Copies furnished to:

Counsel of Record
Unrepresented Parties