UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

LESLIE FERDERIGOS,

        Plaintiff,

v.                                                                                      Case No.: 6:23-cv-189-WWB-LHP

THE FLORIDA BAR and FLORIDA
SUPREME COURT,

        Defendants.
                                                                            /

## ORDER

THIS CAUSE is before the Court on Plaintiff's Amended Motion to Vacate the Dismissal ("**Motion to Vacate**," Doc. 57) and Defendant The Florida Bar's Response (Doc. 66). In the Motion, Plaintiff requests that the Court vacate its August 21, 2023 Order (Doc. 55) adopting the June 9, 2023 Report and Recommendation ("**R&R**," Doc. 46) and dismissing this case. The R&R recommended dismissal for want of subject matter jurisdiction because Plaintiff's claims were mooted by her permanent retirement from the practice of law in Florida. (Doc. 46 at 3–5). Plaintiff did not file objections to the R&R. Now, she seeks to vacate the dismissal and has submitted untimely challenges to the findings of fact and conclusions of law set forth in the R&R. The Motion to Vacate also attaches a proposed Third Amended Complaint that Plaintiff argues provides additional justification for vacating the dismissal in this case.

The Motion to Vacate can and will be denied for Plaintiff's failure to timely object to the R&R. See *Strutts v. Henry*, No. 19-10113-CIV, 2020 WL 9549671, at *1 (S.D. Fla. Feb. 18, 2020) ("Plaintiff did not file objections and therefore has waived a *de novo*

determination of the issues raised by the R&R"). But even considering Plaintiff's arguments on the merits, there are no grounds to vacate the dismissal. Plaintiff argues that the August 16, 2023 Notice of Filing Newly Discovered Evidence (Doc. 54) filed by proposed intervenor Erwin Rosenberg justifies vacating the dismissal. But this "newly discovered evidence," a petition for retirement signed and dated by Plaintiff on March 7, 2023, was available to Plaintiff long before the time to object to the R&R had passed. Plaintiff argues that the March 7, 2023 petition shows that her decision to permanently retire was predicated on the continued viability of this lawsuit. However, this does not undermine the Court's finding of mootness because Plaintiff's petition for permanent retirement was submitted and accepted thereafter (*see* Doc. 45-1), rendering her claims moot as a matter of law. None of the additional claims set forth in Plaintiff's proposed Third Amended Complaint could change this result.

Accordingly, it is **ORDERED** and **ADJUDGED** that the Amended Motion to Vacate the Dismissal (Doc. 57) is **DENIED**.

**DONE AND ORDERED** in Orlando, Florida on April 17, 2024.

WENDY W. BERGER
UNITED STATES DISTRICT JUDGE

Copies furnished to:

Counsel of Record
Unrepresented Party